## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

Cecilia Culver

*Plaintiff,*

v.

Ernst & Young LLP, *et al.,*

*Defendants.*

Case No.   1:26-cv-1290-CKK

## [PROPOSED] ORDER

Upon consideration of the Motion to Dismiss and Motion to Compel Arbitration filed by Defendants Ernst & Young LLP, Ernst & Young U.S. LLP, Jason P. Morrissey, Andrew D. Phillips, Andrea Stempel, Anthony Jordan, and Robert J. Carroll (the "EY Defendants"), ECF No. 20; the memorandum in support thereof, ECF No. 20-1; the declarations and exhibits submitted; Plaintiff's Response in Opposition and the Declaration of Plaintiff Cecilia Culver and her exhibits; any reply; and the entire record, it is hereby

**ORDERED** that the EY Defendants' Motion to Dismiss, ECF No. 20, is **DENIED**; and it is further

**ORDERED** that the EY Defendants' Motion to Compel Arbitration, ECF No. 20, is **DENIED**; and it is further

**ORDERED** that the EY Defendants shall answer the Complaint within fourteen (14) days of the date of this Order; and it is further

**ORDERED** that the parties shall confer pursuant to Federal Rule of Civil Procedure 26(f) and Local Civil Rule 16.3 and shall file a joint report within twenty-one (21) days of the date of this Order.

### [*Alternatively*]

**ORDERED** that Plaintiff's request for jurisdictional discovery is **GRANTED**, and Plaintiff may serve targeted discovery limited to the individual EY Defendants' contacts with the District of Columbia, including their physical presence in the District between May 17 and May 23, 2025, and their participation in the decisions to place Plaintiff on administrative leave and to terminate her employment; such discovery to be completed within sixty (60) days of the date of this Order; and it is further

**ORDERED** that ruling on the EY Defendants' Motion to Dismiss is **HELD IN ABEYANCE** pending completion of jurisdictional discovery, and that the parties may file supplemental briefs not to exceed ten (10) pages within fourteen (14) days of the close of such discovery; and it is further

**ORDERED** that the question whether the parties formed an agreement to arbitrate, including which version of the EY Common Ground Dispute Resolution Program, if any, was incorporated into Plaintiff's offer letters, shall be determined by the Court, and that [an evidentiary hearing / a trial pursuant to 9 U.S.C. § 4] on that question is set for _____.

SO ORDERED.

Dated: _____

_____
COLLEEN KOLLAR-KOTELLY
United States District Judge